UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re Application of

RESOURCE INTERNATIONAL HOLDINGS CV and
GILMAR BATISTELA,

                Petitioners,

For an Order to Obtain Discovery Pursuant to
28 U.S.C. § 1782 for Use in a Foreign
Proceeding.
------------------------------------------------------------x

24-MC-430 (JPC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

       The Court has reviewed ECF Nos. 1, 2, 3, and 4.  Petitioners appear not to have provided addresses for all anticipated targets of discovery, which the Court requires to evaluate the Application.  *See* 28 U.S.C. § 1782; *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004).  Petitioners are directed to file a letter on the docket identifying such addresses by **Wednesday, May 7, 2025**.

       **SO ORDERED.**

Dated: April 29, 2025
       New York, New York

                                        */s/ Ona T. Wang*
                                          **Ona T. Wang**
                                       United States Magistrate Judge