**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re Application of

RESOURCE INTERNATIONAL HOLDINGS CV and
GILMAR BATISTELA,

                Petitioners,

For an Order to Obtain Discovery Pursuant to
28 U.S.C. § 1782 for Use in a Foreign
Proceeding.

-----------------------------------------------------------x

24-MC-430 (JPC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of the motion to withdraw by Intervenor Qintess's counsel. (ECF 47). In light of this motion, if Petitioners wish to file a renewed petition for an additional subpoena or a motion for reconsideration of ECF 44, they are directed to do so no later than **Friday, January 9, 2026.** Any party's opposition, if any, is due no later than **Tuesday, January 13, 2026.** If no opposition is filed by the deadline, Petitioner's motion, if any, will be deemed unopposed.

      **SO ORDERED.**

/s/ Ona T. Wang

Dated: January 7, 2026
      New York, New York

**Ona T. Wang**
United States Magistrate Judge