**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re Application of                                          :
                                                             :
RESOURCE INTERNATIONAL HOLDINGS CV and :                 24-MC-430 (JPC) (OTW)
GILMAR BATISTELA,                                            :
                                                             :
                Petitioners,             :                 **ORDER**
                                                             :
For an Order to Obtain Discovery Pursuant to                 :
28 U.S.C. § 1782 for Use in a Foreign                        :
Proceeding.                                                  :
                                                             :
                                                             :
-------------------------------------------------------------x

        **ONA T. WANG**, **United States Magistrate Judge**:


        The Court is in receipt of ECF 57, an emergency motion to intervene by unrepresented

non-party Muchengi Kachidza. Petitioners Resource International Holdings CV and Gilmar

Batistela are directed to serve a copy of ECF 57 on respondents Midas Medici Group Holdings,

Inc. and Knox Lawrence International, Inc., who are mentioned in ECF 57, and to file proof of

such service on the docket no later than **February 12, 2026.** Petitioners are further directed to

serve a copy of this Order on M. Kachidza at the address listed in their motion, and to file proof

of such service on the docket by **February 4, 2026.**


        **SO ORDERED.**


                                                */s/ Ona T. Wang*
Dated: January 29, 2026                              **Ona T. Wang**
        New York, New York                      United States Magistrate Judge