**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re Application of            :

            :

RESOURCE INTERNATIONAL HOLDINGS CV and :        24-MC-430 (JPC) (OTW)
GILMAR BATISTELA,           :

            :        **ORDER**

         Petitioners,      :

            :

For an Order to Obtain Discovery Pursuant to   :
28 U.S.C. § 1782 for Use in a Foreign     :
Proceeding.            :

            :

            :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF Nos. 57 and 59 and notes that Petitioner has not complied

with my Order directing service on Midas Medici Group Holdings Inc, Knox Lawerence

International, Inc., and Muchengi Kachidza. (ECF 58).

Accordingly, Petitioners are directed to file a new status letter **AND** to serve that letter

on each Respondent in this action unless it has filed a notice of discontinuance as to that

Respondent. Petitioner's letter and proof of service are due **May 29, 2026**.

Petitioner's application at ECF 59 is **DENIED WITHOUT PREJUDICE**. The Clerk of Court is

respectfully directed to close ECF 59.

**SO ORDERED.**

*/s/ Ona T. Wang*
Dated: May 14, 2026           **Ona T. Wang**
      New York, New York         United States Magistrate Judge